The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Harry Lee Davison, III
   v. Commonwealth of Virginia
   Record No. 0633-17-2
   Opinion rendered by Senior Judge Clements on
   October 23, 2018

2. Paramount Coal Company Virginia, LLC and
   Brickstreet Mutual Insurance Company
   v. Dewey J. McCoy
   Record No. 0710-18-3
   Opinion rendered by Chief Judge Decker on
   October 30, 2018

3. Patrick Joseph Wakeman
   v. Commonwealth of Virginia
   Record No. 1631-17-4
   Opinion rendered by Judge Russell on
   November 27, 2018

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Michael Sean Green
      v. Commonwealth of Virginia
    Record No. 1338-17-4
    Opinion rendered by Judge Petty
      on July 17, 2018
    Refused (181041)

2.  Jeffrey Nigel Carr
      v. Commonwealth of Virginia
    Record No. 1054-17-1
    Opinion rendered by Judge O'Brien
      on July 24, 2018
    Refused (181055)